# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLON WATSON, | Case No. CV 14-02180 JLS (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CLARK DUCART, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 11, 2016

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE